# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINCOLN COUNTY, A NEVADA POLITICAL SUBDIVISION; AND THE CITY OF CALIENTE, A NEVADA POLITICAL SUBDIVISION,
Appellants,
vs.
HARDY CONSTRUCTION, INC.,
Respondent.

No. 69347

**FILED**

NOV 0 8 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for voluntary dismissal of this appeal is granted. Accordingly, this appeal is dismissed. The parties shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY _____

cc:  Hon. Gary Fairman, District Judge
Lincoln County District Attorney
Dylan V. Frehner
Fennemore Craig, P.C./Las Vegas
Lincoln County Clerk

---

[1]In light of this order, the oral argument scheduled for December 7, 2016, at 10:30 a.m. in Las Vegas is vacated.

16-34917